People ex rel. Leavitt v Maginley-Liddie (2025 NY Slip Op 04839)

People ex rel. Leavitt v Maginley-Liddie

2025 NY Slip Op 04839

Decided on August 28, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 28, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
DONNA-MARIE GOLIA
PHILLIP HOM
SUSAN QUIRK, JJ.

2025-09950

[*1]The People of the State of New York, ex rel. Robin Gordon Leavitt, on behalf of Karon Evans, petitioner, 
v
Lynelle Maginley-Liddie, etc., respondent.

Robin Gordon Leavitt, Brooklyn, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Daniel Stern of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Karon Evans upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 70616/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., GOLIA, HOM and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court